# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of **Defendants, The Greater Hatboro Chamber of Commerce, Inc., John J. (Bud) Aiken, and Mickey Glantz, Answer and Affirmative Defenses to Complaint**, to be served by United States Mail, First Class Service, properly addressed and postage prepaid, upon the following:

>Anita F. Alberts, Esquire
>301 South Main Street
>The Atrium, Suite W-2
>Doylestown, PA 18901
>(Attorney for Plaintiff)

_____
SIDNEY L. GOLD, ESQUIRE
Attorney for Defendants

DATE:_____