# **CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused a true and correct copy **Defendants'**

**Response In Opposition to Plaintiff's Motion to Compel the Deposition of Bud**

**Aiken**, in support thereof, to be served by United States Mail, First Class Service,

properly addressed and postage prepaid, upon the following:

Anita F. Alberts, Esquire
301 South Main Street
The Atrium, Suite W-2
Doylestown, PA 18901
Attorney for Plaintiff

 S/Sidney L. Gold, Esquire -SG-1387
SIDNEY L. GOLD, ESQUIRE
Attorney for Defendants

DATE: March 19, 2004