IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOLORES (DEE) BARRETT, | : | CIVIL ACTION NO. |
| | : | 02-cv-4421 |
| *Plaintiff,* | : | |
| v. | : | |
| THE GREATER HATBORO CHAMBER OF COMMERCE, INC., JOHN J. (BUD) AIKEN, and MICKEY GLANTZ, | : | |
| *Defendants.* | : | |

### ORDER

**AND NOW**, this _____ day of _____, 2004, that upon consideration of Plaintiff's Motion to Compel the Deposition of Bud Aiken and Defendants' response in opposition thereto, it is hereby **ORDERED AND DECREED**, that the Plaintiff's Motion is **DENIED** and that all parties should attempt to schedule the aforesaid deposition for a mutually convenient date and time other than April 1, 2004 within _____ days of this Order.

_____
J.