IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOLORES (DEE) BARRETT** | CIVIL ACTION |
| **Plaintiff,** | |
| v. | NO. 02-4421 |
| **THE GREATER HATBORO CHAMBER OF COMMERCE, INC., et al.,** | |
| **Defendants.** | |

## O R D E R

**AND NOW**, this _____ day of March, 2004, upon consideration of Plaintiff's Motion to Compel Deposition of Defendant John ("Bud") Aiken, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. The deposition of Defendant Aiken shall take place no later than April 1, 2004. Should Defendant Aiken fail to comply and attend the deposition in accordance with this Order, he shall face contempt sanctions.

BY THE COURT:

_____
Hon. Petrese B. Tucker, U.S.D.J.