IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOLORES (DEE) BARRETT** | : | |
| | : | |
| V. | : | CIVIL ACTION - LAW |
| | : | |
| **THE GREATER HATBORO CHAMBER** | | NO. 02 -cv-4421 |
| **OF COMMERCE, INC.; JOHN J.(BUD)** | : | |
| **AIKEN, AND MICKEY GLANTZ** | : | JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

AND NOW, this _____ day of April 2004 comes Plaintiff Dee Barrett by and through counsel and requests this Honorable Court to enter an order compelling defendant Greater Hatboro Chamber of Commerce to produce documents requested pursuant to FRCP 34 for the following reasons:

    1. On February 9, 2004 Plaintiff served Request for Production of Documents (RPD) to defendants' counsel.  A true and correct copy is attached as Ex. "A."  These are crucial documents required by Plaintiff for trial preparation, as corporate defendant has represented to this Honorable Court that it has no financial resources or insurance applicable to this case.

    2. On or about March 26 undersigned counsel for Plaintiff received some documents said to be responsive to the RPD.  No Answer or Objection to the RPD was served, and the papers received did not include any documents, answer or objection regarding Requests #4, #5, #6, #7, #8, #9, #10, #11, #13, #14, #15, #16, and #17, seeking tax returns, assets and financial reports of corporate defendant, which is allegedly a nonprofit corporation.

    3. On March 30, 2004 undersigned counsel wrote defense counsel in an attempt to resolve this discovery dispute for purposes of Local Federal Rule 26(f) without seeking assistance of the Court.  A true and correct copy of said letter is attached hereto as Ex. "B".

4. No response was received.  This Motion is filed pursuant to Local Federal Rule 26(g), without a supporting memorandum of law.  This Motion may be granted or denied without waiting for response from Defendant.  An Order is requested promptly due to impending discovery cutoff and attempts to take depositions.

WHEREFORE, Plaintiff requests an Order be entered requiring production of the requested documents forthwith, pursuant to FRCP 34 and FRCP 37.

                              Respectfully submitted

                              _____
                              Anita F. Alberts Esquire
                              Counsel for Plaintiff Dee Barrett