IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOLORES (DEE) BARRETT | : | |
| | : | |
| V. | : | CIVIL ACTION - LAW |
| | : | |
| THE GREATER HATBORO CHAMBER | | NO. 02 -cv-4421 |
| OF COMMERCE, INC.; JOHN J.(BUD) | : | |
| AIKEN, AND MICKEY GLANTZ | : | JURY TRIAL DEMANDED |

## ORDER

AND NOW, this_____day of April, 2004 upon consideration of Plaintiff's Motion to Compel Answer to Production of Documents and Documents, no answer or objection having been received, Defendant Greater Hatboro Chamber of Commerce Inc, is Ordered to produce all documents responsive to requests #4, #5, #6, #7, #8, #9, #10, #11, #13, #14, #15, #16 and #17 to counsel for Plaintiff forthwith.

BY THE COURT,

_____
Honorable Petrese B. Tucker, U. S. D. J.