IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOLORES (DEE) BARRETT | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-CV-4421 |
| | : | |
| THE GREATER HATBORO CHAMBER | : | |
| OF COMMERCE, INC., JOHN J. (BUD) | : | |
| AIKEN, and MICKEY GLANTZ | : | JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, Anita F. Alberts, Esquire, being duly sworn and according to law, hereby certify that a true and correct copy of Plaintiff's Motion for Sanctions for Failure to Comply with Discovery Order and supporting Memorandum of Law was served upon counsel for defendants by First Class Mail, Postage Prepaid, at the address and on the date listed below.

>Sidney L. Gold, Esquire
>LOVITZ & GOLD, P.C.
>Suite 515, Eleven Penn Center
>1835 Market Street
>Philadelphia, PA  19103

Date:_____     _AFA2128_____
                                  Anita F. Alberts, Esquire
                                  Attorney I.D. #28086
                                  Attorney for Plaintiff