IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOLORES (DEE) BARRETT | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-CV-4421 |
| | : | |
| THE GREATER HATBORO CHAMBER | : | |
| OF COMMERCE, INC., JOHN J. (BUD) | : | |
| AIKEN, and MICKEY GLANTZ | : | JURY TRIAL DEMANDED |

## **ORDER**

AND NOW, this _____ day of _____ 2004, upon consideration of Plaintiff's Motion for Sanctions for Failure to Comply with Discovery Order and supporting Memorandum of Law, it is hereby ORDERED that a hearing is scheduled in this matter for the _____ day of _____ 2004, in Courtroom 3810, to determine whether sanctions will be imposed, including the possibility of judgment by default against defendants, a monetary fine and/or reasonable counsel fees for this discovery matter, and other potential sanctions pursuant to Rule 37(b)(2) and (d).

BY THE COURT,

_____
Petrese B. Tucker, U.S.D.J.