# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of Defendants' Opposition to Plaintiff's Motion for Sanctions For Failure to Comply with Discovery Order, to be served by United States Mail, First Class Service, properly addressed and postage prepaid, upon the following:

>Anita F. Alberts, Esquire
>301 South Main Street
>The Atrium, Suite W-2
>Doylestown, PA 18901
>Attorney for Plaintiff

>S/Sidney L. Gold, Esq.-SG-1387
>SIDNEY L. GOLD, ESQUIRE
>Attorney for Defendants

DATE: May 25, 2004