IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOLORES (DEE) BARRETT, | : | CIVIL ACTION NO. |
| | : | 02-cv-4421 |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| THE GREATER HATBORO CHAMBER | : | |
| OF COMMERCE, INC., JOHN J. (BUD) | : | |
| AIKEN, and MICKEY GLANTZ, | : | |
| | : | |
| *Defendants.* | : | **JURY TRIAL DEMANDED** |

## O R D E R

**AND NOW**, to wit this _____ day of _____, 2004, upon consideration of Plaintiff's Motion for Sanctions For Failure to Comply with Discovery Order, and Defendants' Opposition thereto, it is hereby **ORDERED** and **DECREED** that the said Motion is **DENIED.**

BY THE COURT:

_____
J.