IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DOLORES BARRETT : CIVIL ACTION

vs. : NO: 02-4421

THE GREATER HATBORO
CHAMBER OF COMMERCE, INC. ET AL. :

## **NOTICE**

Please be advised that the above-captioned matter is listed for oral argument on Plaintiff's Motion for Sanctions for Failure to Comply with Discovery Order with the Honorable Petrese B. Tucker on **Thursday, July 1, at 9:00 a. m.** Counsel shall report to Courtroom 9B, 601 Market Street, Philadelphia, Pennsylvania.

FOR THE COURT:

Alisa Ross
Deputy Clerk to Judge Petrese B. Tucker
(267) 299-7619

cc: A. Alberts
    S. Gold

Date issued: June 18, 2004