IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOLORES (DEE) BARRETT** | CIVIL ACTION |
| Plaintiff, | |
| v. | NO. 02-4421 |
| **THE GREATER HATBORO CHAMBER OF COMMERCE, INC., et al.,** | |
| Defendants. | |

**O R D E R**

**AND NOW**, this _____ day of July, 2004, upon consideration of Plaintiff's Motion for Sanctions for Failure to Comply with Discovery Order (Doc. 17) and Defendants' Response (Doc. 18), **IT IS HEREBY ORDERED** that the motion is **DENIED**.

BY THE COURT:

_____
Hon. Petrese B. Tucker, U.S.D.J.