IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOLORES BARRETT,** : | |
| : | |
| Plaintiff, : | CIVIL ACTION |
| : | |
| v. : | NO. 02-4421 |
| : | |
| **THE GREATER HATBORO CHAMBER** : | |
| **OF COMMERCE, INC.,** : | |
| : | |
| Defendant. : | |

### ORDER

**AND NOW,** on this 14th day of December, 2004, **IT IS HEREBY ORDERED** that the parties shall file and serve all motions for summary judgment or partial summary judgment on or before **Monday, January 10, 2005**. All briefs filed in opposition shall be filed and served on or before **Monday, January 24, 2005.**

**IT IS FURTHER ORDERED** that the case will be placed on the Court's trial list for **Monday, March 21, 2005.**

BY THE COURT:

/S/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**