## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOLORES (DEE) BARRETT, | : | CIVIL ACTION NO. |
| | : | |
| *Plaintiff,* | : | 02-CV-4421 |
| | : | |
| v. | : | |
| | : | |
| THE GREATER HATBORO CHAMBER | : | **JURY TRIAL DEMANDED** |
| OF COMMERCE, INC., JOHN J. (BUD) | : | |
| AIKEN, and MICKEY GLANTZ, | : | |
| | : | |
| *Defendants.* | : | |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, The Greater Hatboro Chamber of Commerce, Inc., John J. (Bud) Aiken and

Mickey Glantz, hereby move this court to enter Summary Judgment in favor of the Defendants

for the reasons set forth in Defendants' Memorandum of Law in Support of Defendants' Motion

for Summary Judgment which is attached hereto.

Respectfully submitted,

SIDNEY L. GOLD & ASSOCIATES, P.C.

/s/ Sidney L. Gold, Esquire SG1387
SIDNEY L. GOLD, ESQUIRE
Identification No.: 21374
1835 Market Street, Suite 515
Philadelphia, PA 19103
(215) 569-1999
**Attorneys for Defendants**

January 10, 2005