# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of **Defendants' Motion for Summary Judgment and Memorandum of Law in Support thereof**, to be served by United States Mail, First Class Service, properly addressed and postage prepaid, upon the following:

Anita F. Alberts, Esquire
301 South Main Street
The Atrium, Suite W-2
Doylestown, PA 18901
Attorney for Plaintiff

  S/Sidney L. Gold, Esquire-SG1387
SIDNEY L. GOLD, ESQUIRE
Attorney for Defendant

January 10, 2005