IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOLORES (DEE) BARRETT | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-CV-4421 |
| | : | |
| THE GREATER HATBORO CHAMBER | : | |
| OF COMMERCE, INC., JOHN J. (BUD) | : | |
| AIKEN, and MICKEY GLANTZ | : | JURY TRIAL DEMANDED |

## ORDER

AND NOW, this _____ day of _____ 2005, upon consideration of Plaintiff's Answer to Defendants' Motion for Summary Judgment and supporting Brief, it is hereby ORDERED that Defendants' Motion for Summary Judgment is DISMISSED, DENIED, and OVERRULED.

BY THE COURT,

_____
Petrese B. Tucker, U.S. D.J.