IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOLORES (DEE) BARRETT | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-CV-4421 |
| | | |
| THE GREATER HATBORO CHAMBER | : | |
| OF COMMERCE, INC., JOHN J. (BUD) | : | |
| AIKEN, and MICKEY GLANTZ | : | JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, Anita F. Alberts, Esquire, being duly sworn and according to law, hereby certify that a true and correct copy of Plaintiff's Motion for Leave to File Addendum to Brief Opposing Defendants' Motion for Summary Judgment was served upon counsel for defendants by First Class Mail, Postage Prepaid, at the address and on the date listed below.

    Sidney L. Gold, Esquire
    LOVITZ & GOLD, P.C.
    Suite 515, Eleven Penn Center
    1835 Market Street
    Philadelphia, PA  19103

Date:_____          _____
                                                                 Anita F. Alberts, Esquire
                                                                  Attorney I.D. #28086
                                                                   Attorney for Plaintiff