IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOLORES (DEE) BARRETT** | : | |
| | : | |
| V. | : | CIVIL ACTION - LAW |
| | : | |
| **THE GREATER HATBORO CHAMBER** | | NO. 02 -cv-4421 |
| **OF COMMERCE, INC.; JOHN J.(BUD)** | : | |
| **AIKEN, AND MICKEY GLANTZ** | : | JURY TRIAL DEMANDED |

## ORDER

AND NOW, this        day of                , 2005, Plaintiff's Motion for Leave to File Addendum to her Memorandum of Law Opposing Summary Judgment is Granted, and said Addendum is hereby deemed filed of record in the form as attached to Plaintiff's Motion.

BY THE COURT,

_____
Honorable Petrese B. Tucker, J.