IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOLORES (DEE) BARRETT,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 02-4421 |
| **THE GREATER HATBORO CHAMBER OF COMMERCE, INC., et al.,** | : | |
| Defendants. | : | |

### NOTICE

Please be advised that the above-captioned matter is scheduled for oral argument on defendants' Motion for Summary Judgment (Doc. 23) with the Honorable Petrese B. Tucker on **Wednesday, March 23, 2005 at 2:30p.m.**  Counsel shall report to Courtroom 9B, 601 Market Street, Philadelphia, Pennsylvania

FOR THE COURT:

Alisa Ross
Deputy Clerk to Judge Petrese B. Tucker
(267) 299-7619

cc:   A. Alberts
      S. Gold