# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of **Defendants' Motion for an Evidentiary Hearing Relative to Plaintiff's Alleged Citizenship and Domicile in the State of New Jersey,** to be served by United States Mail, First Class Service, properly addressed and postage prepaid, upon the following:

>Anita F. Alberts, Esquire
>301 South Main Street
>The Atrium, Suite W-2
>Doylestown, PA 18901
>Attorney for Plaintiff

>S/Sidney L.Gold, Esquire-SG1387
>SIDNEY L. GOLD, ESQUIRE
>Attorney for Defendant

February 3, 2005