**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **DOLORES (DEE) BARRETT,** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 02-4421** |
| | : | |
| **THE GREATER HATBORO** | : | |
| **CHAMBER OF COMMERCE, INC., et al.,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**ORDER**

**AND NOW,** on this 14th day of February, 2005, upon consideration of Defendants'

Motion for an Evidentiary Hearing (Doc. 32) and Plaintiff's Response in Opposition, **IT IS**

**HEREBY ORDERED** that Defendants' Motion is **DENIED.**

**BY THE COURT:**

**/S/ Petrese B. Tucker**

_____

**Hon. Petrese B. Tucker, U.S.D.J.**