IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOLORES (DEE) BARRETT,** | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-4421 |
| | : | |
| **THE GREATER HATBORO CHAMBER OF COMMERCE, INC., et al.,** | : | |
| | : | |
| Defendants. | : | |
| | : | |

### NOTICE

Please be advise that the above-captioned matter shall be placed on the Court's trial list for **Monday, September 19, 2005.**

 

FOR THE COURT:

_____

Alisa Ross
Deputy Clerk to Judge Petrese B. Tucker
(267) 299-7619

cc:   A. Alberts
      S. Gold