IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOLORES (DEE) BARRETT,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 02-4421 |
| **THE GREATER HATBORO CHAMBER OF COMMERCE, INC., et al.,** | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** on this 5th day of July, 2005, upon consideration of Plaintiff's Motion for a Trial Date Certain (Doc. 38), it **HEREBY ORDERED** that Plaintiff's motion is **DENIED**.[1]

BY THE COURT:

/S/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] The above captioned matter has a September 19, 2005 trial pool date (Doc. 37). A date certain is not necessary.