IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOLORES (DEE) BARRETT, | : | CIVIL ACTION NO. |
| | : | 02-cv-4421 |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| THE GREATER HATBORO CHAMBER | : | **JURY TRIAL DEMANDED** |
| OF COMMERCE, INC., JOHN J. (BUD) | : | |
| AIKEN, and MICKEY GLANTZ, | : | |
| | : | |
| *Defendants.* | : | |

**MOTION OF DEFENDANT'S COUNSEL FOR LEAVE TO
WITHDRAW FROM REPRESENTATION OF JOHN J. (BUD) AIKEN, ONLY**

Defendant, John J. (Bud) Aiken's counsel, Sidney L. Gold, Esquire of Sidney L. Gold & Associates, P.C. bring this Motion of Defendant's Counsel for Leave to Withdraw their representation as counsel to Defendant, John J. (Bud) Aiken, **only**, in the above-captioned matter and in support thereof avers as follows:

1. On or about July 10, 2002, Defendant entered into an attorney-client relationship with the law firm of Sidney L. Gold & Associates, P.C.

2. On July 3, 2002, a Complaint was filed in this court on behalf of the Plaintiff with respect to said claim naming John J. (Bud) Aiken as a Defendant.

3. Thereafter on or about September 2, 2005, the Defendant, John J. (Bud) Aiken discharged his counsel, Sidney L .Gold & Associates, P.C. from further representation in this matter.

4. In light of the above, Defendant's counsel therefore moves for a leave to withdraw as counsel to the Defendant, John J. (Bud) Aiken in this action.

5.	Currently, this case is placed in the trial ready pool for September 19, 2005.

I	6.	In connection thereto, since it is unlikely that Mr. Aiken will be ready for trial in light of the above, Counsel for the Defendant, respectfully requests that this case be adjourned for thirty (30) days so that Mr. Aiken will have sufficient time to procure a new attorney to represent him in this matter.

**WHEREFORE**, Defendant's counsel respectfully requests that this Court enter the proposed Order attached hereto, granting the Motion of Defendant's Counsel for Leave to Withdraw from Representation of John J. (Bud) Aiken **only** in this action and that the trial will be adjourned for thirty (30) days so that Defendant Aiken can retain new counsel.

Respectfully submitted,

SIDNEY L. GOLD & ASSOC., P.C.

By: /s/Sidney L. Gold, Esquire -SG1387
  SIDNEY L. GOLD, ESQUIRE
  I.D. NO: 21374
  1835 Market Street, Suite 515
  Philadelphia, PA 19103
  (215) 569-1999
  Attorney for Defendants

Date:   September 6, 2005