IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOLORES (DEE) BARRETT, | : | CIVIL ACTION NO. |
| | : | 02-cv-4421 |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| THE GREATER HATBORO CHAMBER | : | **JURY TRIAL DEMANDED** |
| OF COMMERCE, INC., JOHN J. (BUD) | : | |
| AIKEN, and MICKEY GLANTZ, | : | |
| | : | |
| *Defendants.* | : | |

### ORDER

**AND NOW** this            day of                  , 2005,  it is hereby **ORDERED** and **DECREED** that upon consideration of the Motion of Defendant, John J. (Bud) Aiken's Counsel for Leave to Withdraw from Representation and any response thereto, it is hereby **ORDERED** that Defendant's Counsel's Motion is **GRANTED** and Sidney L. Gold, Esquire of Sidney L. Gold & Associates is permitted to file a Withdrawal of Appearance on behalf of Defendant John J. (Bud) Aiken, **only**, as of this date and the trial is adjourned for thirty (30) days so that Defendant Aiken may be permitted to obtain new counsel.

**BY THE COURT:**

_____

J.

Case 2:02-cv-04421-PBT    Document 42-2    Filed 09/06/2005    Page 2 of 2