# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the **Motion of Defendant's Counsel for Leave to Withdraw From Representation of J. (Bud) Aiken, only,** to be served by United States Mail, First Class Service, properly addressed and postage prepaid, upon the following:

Anita F. Alberts, Esquire
301 South Main Street
The Atrium, Suite W-2
Doylestown, PA 18901
(Attorney for Plaintiff)

and

Mr. John J. (Bud) Aiken
21 Orchard Street
Hatboro, PA 19040
Defendant

    /s/Sidney L. Gold, Esquire SG1387
SIDNEY L. GOLD, ESQUIRE
Attorney for Defendants

DATE:   September 6, 2005