IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOLORES (DEE) BARRETT, | : | CIVIL ACTION NO. |
| | : | 02-cv-4421 |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| THE GREATER HATBORO CHAMBER | : | **JURY TRIAL DEMANDED** |
| OF COMMERCE, INC., JOHN J. (BUD) | : | |
| AIKEN, and MICKEY GLANTZ, | : | |
| | : | |
| *Defendants.* | : | |

**DEFENDANTS' MOTION TO PRECLUDE
RECOVERY OF ATTORNEY FEES**

Defendants, The Greater Hatboro Chamber of Commerce, Inc., John J. (Bud) Aiken, and Mickey Glantz, by and through their counsel, Sidney L. Gold & Associates, P.C., hereby file Defendants' Motion to Preclude Recovery of Attorney Fees. In support thereof, Defendants aver the following:

1. Plaintiff instituted the instant action in this Court on July 3, 2002. Plaintiff's Complaint asserts a claim under the Pennsylvania Equal Rights Amendment to the Pennsylvania Constitution for sexual harassment and retaliatory discharge.

2. Plaintiff's Complaint includes a demand for attorney fees.

3. Under Pennsylvania law, attorney's fees are not recoverable absent express statutory authorization.

4. The Pennsylvania legislature has not provided for a recovery of attorney fees under the Pennsylvania Equal Rights Amendment to the Pennsylvania Constitution.

**WHEREFORE**, Defendants respectfully request that the Court preclude the Plaintiff from recovering attorney's fees in this action.

                                                    Respectfully submitted,

                                                    SIDNEY L. GOLD & ASSOCIATES, P.C.

                                                  /s/ Sidney L. Gold, Esquire SG1387
                                                  SIDNEY L. GOLD, ESQUIRE
                                                  Identification No.: 21374
                                                  1835 Market Street, Suite 515
                                                  Philadelphia, PA 19103
                                                  (215) 569-1999
                                                  **Attorneys for Defendants**

Dated:      September 7, 2005