# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of **Defendants' Motion to Preclude Recovery of Attorney Fees**, to be served by United States Mail, First Class Service, properly addressed and postage prepaid, upon the following:

> Anita F. Alberts, Esquire
> 301 South Main Street
> The Atrium, Suite W-2
> Doylestown, PA 18901
> Attorney for Plaintiff

>   S/Sidney L.Gold, Esquire-SG1387
> SIDNEY L. GOLD, ESQUIRE
> Attorney for Defendants

Dated:   September 7, 2005