**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DOLORES (DEE) BARRETT, | : | **CIVIL ACTION NO.: 02-cv-4421** |
| | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| THE GREATER HATBORO CHAMBER | : | |
| OF COMMERCE, INC., JOHN J. (BUD) | : | |
| AIKEN, and MICKEY GLANTZ, | : | |
| | : | |
| *Defendants.* | : | |

# O R D E R

　　**AND NOW**, to wit this _____ day of _____, 2005, upon consideration of

the Defendants' Motion to Preclude Recovery of Attorney Fees and any response thereto,

it is hereby **ORDERED** and **DECREED** that the said Motion is **GRANTED** and the

Plaintiff is precluded from recovering attorney's fees in this action.


                                        BY THE COURT:


                                        _____
                                                                J.