IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOLORES (DEE) BARRETT,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-4421 |
| | : | |
| **THE GREATER HATBORO CHAMBER** | : | |
| **OF COMMERCE, INC., et al.,** | : | |
| Defendants. | : | |
| | : | |

## ORDER

**AND NOW,** on this 7th day of September, 2005, upon consideration of the Motion of Sidney L. Gold, Esquire for Leave to Withdraw from Representation of Defendant John Aiken (Doc. 42), **IT IS HEREBY ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**. The Court will **GRANT** Mr. Gold leave to file a Withdrawal of Appearance on behalf of Defendant Aiken.

**IT IS FURTHER ORDERED** that Mr. Gold's request to adjourn the trial is **DENIED**. All parties shall be ready to proceed to trial on **Monday, September 19, 2005 at 9:30a.m.**

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**