IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOLORES (DEE) BARRETT, | : | CIVIL ACTION NO. |
| | : | 02-cv-4421 |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| THE GREATER HATBORO CHAMBER | : | **JURY TRIAL DEMANDED** |
| OF COMMERCE, INC., JOHN J. (BUD) | : | |
| AIKEN, and MICKEY GLANTZ, | : | |
| | : | |
| *Defendants.* | : | |

**DEFENDANTS' MOTION TO PRECLUDE
AN AWARD OF PUNITIVE DAMAGES**

Defendants, The Greater Hatboro Chamber of Commerce, Inc., John J. (Bud) Aiken, and Mickey Glantz, by and through their counsel, Sidney L. Gold & Associates, P.C., hereby file Defendants' Motion to Preclude an Award of Punitive Damages. In support thereof, Defendants aver the following:

1.      Plaintiff instituted the instant action in this Court on July 3, 2002. Plaintiff's Complaint asserts a claim under the Pennsylvania Equal Rights Amendment to the Pennsylvania Constitution for sexual harassment and retaliatory discharge.

2.      Plaintiff's Complaint includes a demand for punitive damages.

3.      The Pennsylvania legislature has not provided for a recovery of punitive damages under the Pennsylvania Equal Rights Amendment to the Pennsylvania Constitution.

**WHEREFORE**, Defendants respectfully request that the Court preclude the Plaintiff from recovering punitive damages in this action.

    Respectfully submitted,

    SIDNEY L. GOLD & ASSOCIATES, P.C.

    /s/ Sidney L. Gold, Esquire SG1387
    SIDNEY L. GOLD, ESQUIRE
    Identification No.: 21374
    1835 Market Street, Suite 515
    Philadelphia, PA 19103
    (215) 569-1999
    **Attorneys for Defendants**

Dated: September 9, 2005

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOLORES (DEE) BARRETT, | : | CIVIL ACTION NO. |
| | : | 02-cv-4421 |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| THE GREATER HATBORO CHAMBER | : | **JURY TRIAL DEMANDED** |
| OF COMMERCE, INC., JOHN J. (BUD) | : | |
| AIKEN, and MICKEY GLANTZ, | : | |
| | : | |
| *Defendants.* | : | |

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR
MOTION TO PRECLUDE AN AWARD OF PUNITIVE DAMAGES**

**I.   INTRODUCTION:**

Plaintiff instituted the instant action in this Court on July 3, 2002. Plaintiff's Complaint asserts a claim under the Pennsylvania Equal Rights Amendment to the Pennsylvania Constitution for sexual harassment and retaliatory discharge. Plaintiff's Complaint includes a demand for punitive damages. The Pennsylvania legislature has not provided for a recovery of punitive damages under the Pennsylvania Equal Rights Amendment to the Pennsylvania Constitution. Accordingly, the Court should grant the Defendants' Motion and preclude the Plaintiff from receiving an award of punitive damages.

**II.   ARGUMENT:**

In Hoy v. Angelone, 554 Pa. 134; 720 A.2d 745 (1998), the Pennsylvania Supreme Court ruled that punitive damages are unavailable under the Pennsylvania Human

Relations Act. The court plainly stated, "In the absence of express statutory language or any further legislative guidance, we hold that punitive damages are not available under the [PHRA]." Id. at 751. See also Gagliardo v. Connaught Laboratories, Inc., 311 F.3d 565, 570 n. 3 (3rd Cir. 2002) ("Punitive damages are not available under the PHRA.").

Analogous to the PHRA, in enacting the Pennsylvania Equal Rights Amendment to the Pennsylvania Constitution, the Pennsylvania legislature clearly did not explicitly authorize an award of punitive damages. As such, the Court should preclude the Plaintiff from recovering punitive damages in this case.

### III. CONCLUSION:

For the reasons set forth herein, the Court should grant the Defendants' Motion and preclude the Plaintiff from recovering punitive damages in this case.

Respectfully submitted,

SIDNEY L. GOLD & ASSOCIATES, P.C.

/s/ Sidney L. Gold, Esquire SG1387
SIDNEY L. GOLD, ESQUIRE
Identification No.: 21374
1835 Market Street, Suite 515
Philadelphia, PA 19103
(215) 569-1999
**Attorneys for Defendants**

Dated:    September 9, 2005