## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of **Defendants' Motion**

**to Preclude an Award of Punitive Damages** to be served by United States Mail, First Class

Service, properly addressed and postage prepaid, upon the following:

Anita F. Alberts, Esquire
301 South Main Street
The Atrium, Suite W-2
Doylestown, PA 18901
(Attorney for Plaintiff)


/s/Sidney L. Gold, Esquire SG1387
SIDNEY L. GOLD, ESQUIRE
Attorney for Defendants


DATE:        September 9, 2005