# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of **Defendant Greater Hatboro Chamber of Commerce's Motion In Limine to Exclude All Evidence of Alleged Sexual Harassment** to be served by United States Mail, First Class Service, properly addressed and postage prepaid, upon the following:

> Anita F. Alberts, Esquire
> 301 South Main Street
> The Atrium, Suite W-2
> Doylestown, PA 18901
> (Attorney for Plaintiff)

> /s/Sidney L. Gold, Esquire SG1387
> SIDNEY L. GOLD, ESQUIRE
> Attorney for Defendants

DATE:       September 9, 2005