## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOLORES (DEE) BARRETT, | : | **CIVIL ACTION NO.: 02-cv-4421** |
| | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| THE GREATER HATBORO CHAMBER | : | |
| OF COMMERCE, INC., JOHN J. (BUD) | : | |
| AIKEN, and MICKEY GLANTZ, | : | |
| | : | |
| *Defendants.* | : | |

# O R D E R

    **AND NOW**, to wit this _____ day of _____, 2005, upon consideration of

the Defendant Greater Hatboro Chamber of Commerce's Motion In Limine to Exclude

All Evidence of Alleged Sexual Harassment, and any response thereto, it is hereby

**ORDERED** and **DECREED** that the said Motion is **GRANTED** and all evidence of

alleged sexual harassment is excluded.

                                        BY THE COURT:


                                 _____

                                                J.