IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOLORES (DEE) BARRETT, | : | CIVIL ACTION NO. |
| | : | 02-cv-4421 |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| THE GREATER HATBORO CHAMBER | : | **JURY TRIAL DEMANDED** |
| OF COMMERCE, INC., JOHN J. (BUD) | : | |
| AIKEN, and MICKEY GLANTZ, | : | |
| | : | |
| *Defendants.* | : | |

## DEFENDANTS' MOTION IN LIMINE TO PRECLUDE EVIDENCE

Pursuant to Rule 104 of the Federal Rules of Evidence and the Court's inherent authority and discretion to control the course of the trial and rule on evidentiary matters, and for the reasons articulated in the accompanying Memorandum of Law (incorporated fully herein by reference), Defendants, The Greater Hatboro Chamber of Commerce, Inc. John J. (Bud) Aiken, and Mickey Glanz, by and through their counsel, Sidney L. Gold & Associates, P.C., respectfully moves this Court for an Order granting Defendants' Motion in Limine to Preclude the following evidence:

1.     All Testimony of the following individuals: Judge Gloria Inlander, Michael DiPalantino, and Janan Radosin;

2.     Any testimony or evidence by Ruth Bernstein, Peggy Peak and Elaine Beck regarding unrelated alleged prior sexual harassment or bad acts by Defendant Aiken;

3.     Evidence relating to Plaintiff's claim for back pay;

4.     Defendants request an evidentiary hearing in accordance with Rule 104(c) of the

Federal Rules of Evidence.

**WHEREFORE**, the Defendants respectfully requests that any and all evidence regarding the above -mentioned evidence be excluded from trial.

                              Respectfully submitted,

                              SIDNEY L. GOLD & ASSOCIATES, P.C.

                              BY: /s/Sidney L. Gold, Esquire SG1387
                                   SIDNEY L. GOLD, ESQUIRE
                                   I.D. NO: 21374
                                   1835 Market Street, Suite 515
                                   Philadelphia, PA 19103
                                   (215) 569-1999
                                   **Attorneys for the Defendants**

Dated:        September 9, 2005