IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOLORES (DEE) BARRETT, | : | **CIVIL ACTION NO.: 02-cv-4421** |
| *Plaintiff,* | : | |
| v. | : | |
| THE GREATER HATBORO CHAMBER OF COMMERCE, INC., JOHN J. (BUD) AIKEN, and MICKEY GLANTZ, | : | |
| *Defendants.* | : | |

# **O R D E R**

**AND NOW**, to wit this _____ day of _____, 2005, upon consideration of the Defendants' Motion In Limine to Preclude Evidence, and any response thereto, it is hereby **ORDERED** and **DECREED** that the said Motion is **GRANTED** and the evidence mentioned is excluded from trial.

BY THE COURT:

_____
J.