## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of **Defendants' Motion In Limine to Preclude Evidence** to be served by United States Mail, First Class Service, properly addressed and postage prepaid, upon the following:

> Anita F. Alberts, Esquire
> 301 South Main Street
> The Atrium, Suite W-2
> Doylestown, PA 18901
> (Attorney for Plaintiff)

      /s/Sidney L. Gold, Esquire SG1387
      SIDNEY L. GOLD, ESQUIRE
      Attorney for Defendants

DATE:   September 9, 2005