IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOLORES (DEE) BARRETT, | : CIVIL ACTION NO.: 02-cv-4421 |
| *Plaintiff,* | : |
| v. | : |
| THE GREATER HATBORO CHAMBER OF COMMERCE, INC., JOHN J. (BUD) AIKEN, and MICKEY GLANTZ, | : |
| *Defendants.* | : |

# O R D E R

**AND NOW**, to wit this _____ day of _____, 2005, upon consideration of the Defendants' Motion In Limine to Exclude Improper Documentary Evidence and any response thereto, it is hereby **ORDERED** and **DECREED** that the said Motion is **GRANTED**.

BY THE COURT:

_____
J.