## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of **Defendants' Motion in Limine to Exclude Improper Documentary Evidence** to be served by United States Mail, First Class Service, properly addressed and postage prepaid, upon the following:

>Anita F. Alberts, Esquire
>301 South Main Street
>The Atrium, Suite W-2
>Doylestown, PA 18901
>(Attorney for Plaintiff)

>　/s/Sidney L. Gold, Esquire SG1387
>SIDNEY L. GOLD, ESQUIRE
>Attorney for Defendants

DATE:   September 9, 2005