IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOLORES (DEE) BARRETT | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-CV-4421 |
| | : | |
| THE GREATER HATBORO CHAMBER | : | |
| OF COMMERCE, INC., JOHN J. (BUD) | : | |
| AIKEN, and MICKEY GLANTZ | : | JURY TRIAL DEMANDED |

## ORDER

AND NOW, this _____ day of _____ 2005, upon consideration of Plaintiff's Answer Opposing Premature Motion to Preclude Recovery of Attorney Fees and supporting Memorandum of Law, it is hereby ORDERED that Defendants' Motion to Preclude Counsel Fees is hereby DENIED and DISMISSED, and defendants are ordered to pay plaintiff's counsel $600 in reasonable fees in responding to the Motion.

BY THE COURT,

_____
Petrese B. Tucker, U.S.D.J.