# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| DOLORES (DEE) BARRETT, | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 02-4421** |
| THE GREATER HATBORO CHAMBER | : | |
| OF COMMERCE, INC., et al., | : | |
| **Defendants.** | : | |
| | : | |

## ORDER

**AND NOW,** on this 14th day of September, 2005, upon consideration of the letter from Anita F. Alberts, dated September 14, 2005, indicating that the parties in the above-captioned case have reached a settlement agreement, **IT IS HEREBY ORDERED and DECREED** that the above-captioned case is **DISMISSED WITH PREJUDICE** and without costs, pursuant to the agreement of counsel and Local Rule 41.1(b).[1]

**BY THE COURT:**

**/S/ Petrese B. Tucker**

_____

**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1]Local Rule 41.1(b) states that "whenever in any civil action counsel shall notify the Clerk or the judge to whom the action is assigned that the issues between the parties have been settled, the Clerk shall, upon order of the judge to whom the case is assigned, enter an order dismissing the action with prejudice, without costs, pursuant to the agreement of counsel."