### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOLORES (DEE) BARRETT | : | |
| | : | |
| V. | : | CIVIL ACTION - LAW |
| | : | |
| THE GREATER HATBORO CHAMBER | | NO. 02 -cv-4421 |
| OF COMMERCE, INC.; JOHN J.(BUD) | : | |
| AIKEN, AND MICKEY GLANTZ | : | JURY TRIAL DEMANDED |

### PLAINTIFF'S ANSWER TO CHAMBER OF COMMERCE
### MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE
### OF SEXUAL HARASSMENT

AND NOW, THIS     day of September 2005 comes Plaintiff Dee Barrett, by and through

counsel, and respectfully requests this Honorable Court to deny and dismiss with prejudice

defendants' Motions in Limine to exclude All Evidence of Alleged Sexual Harassment because

the motion is improperly based on fantasy and ignores the facts of this case.  It is intended to

mislead the Court by confusion and deception.  Plaintiff's Brief is incorporated herein by

reference, in the interest of brevity.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to deny and dismiss with

prejudice defendant Chamber of Commerce Motion in Limine to Exclude All Evidence of

Sexual Harassment.                                                      Respectfully submitted,

                                                                    AFA2128


                                                    _____
                                                    Anita F. Alberts Esquire ID #28086
                                                    Counsel for Plaintiff Dolores Barrett
                                                    The Atrium Suite 2 West
                                                    301 South Main Street
                                                    Doylestown Pa 18901
                                                    (215) 340-0700 FAX (215)340-2747