IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOLORES (DEE) BARRETT | : | |
| | : | |
| V. | : | CIVIL ACTION - LAW |
| | : | |
| THE GREATER HATBORO CHAMBER OF COMMERCE, INC.; JOHN J.(BUD) AIKEN, AND MICKEY GLANTZ | : : : | NO. 02 -cv-4421 JURY TRIAL DEMANDED |

## CERTIFICATION OF SERVICE

ANITA F. ALBERTS ESQUIRE hereby certifies that a true and correct copy of Plaintiff's Answer to Chamber of Commerce Motion to Exclude All Evidence of Sexual Harassment and supporting Memorandum of Law, with exhibits, was served to counsel for defendants at the address below by fax and First Class Mail, on the date written below.

        Sidney L. Gold Esquire
        Sidney L. Gold Associates
        Eleven Penn Center
        1835 Market St. Suite 515
        Philadelphia PA 19103


_____(date)          _____
                                                                       Anita F. Alberts Esquire