IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOLORES (DEE) BARRETT | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-CV-4421 |
| | : | |
| THE GREATER HATBORO CHAMBER | : | |
| OF COMMERCE, INC., JOHN J. (BUD) | : | |
| AIKEN, and MICKEY GLANTZ | : | JURY TRIAL DEMANDED |

### ORDER

AND NOW, this _____ day of _____ 2005, upon consideration of Plaintiff's Answer to Chamber of Commerce Motion in Limine to Exclude All Evidence of Sexual Harassment and supporting Memorandum of Law, it is hereby ORDERED that defendant Chamber of Commerce's Motion to Exclude All Evidence of Sexual Harassment is DISMISSED, DENIED, and OVERRULED with prejudice.

BY THE COURT,

_____
Petrese B. Tucker, U.S. D.J.