IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOLORES (DEE) BARRETT** | : | |
| | : | |
| V. | : | CIVIL ACTION - LAW |
| | : | |
| THE GREATER HATBORO CHAMBER OF COMMERCE, INC.; JOHN J.(BUD) AIKEN, AND MICKEY GLANTZ | : : : | NO. 02 -cv-4421 JURY TRIAL DEMANDED |

### ADDENDUM TO PLAINTIFF'S PRETRIAL MEMORANDUM

Plaintiff files this Addendum to add previously identified witness whose name was inadvertently omitted from her witness list in her Pretrial Memorandum, which is incorporated herein by reference in the interest of brevity:

   **16. John Taggart:** Plaintiff's son, worked with John (Bud) Aiken on Chamber of Commerce Parade Committee. After Plaintiff lost her job in October 2000, Mr. Aiken called him at his home, apologized for taking his mother's job, and asked him to convince Plaintiff to call him so he could apologize to her and "smooth things over" or words that effect. Mr. Taggart will also testify that he spoke with Mr. Aiken again, after Aiken refused to speak with Plaintiff when she called.

                                                      Respectfully submitted,

                                                      _____
                                                      Anita F. Alberts Esquire #28086
                                                      Counsel for Plaintiff Dee Barrett
                                                      The Atrium Suite 2 West
                                                      301 South Main Street
                                                      Doylestown PA 18901
                                                      (215) 340-0700
                                                      FAX (215) 340-2747

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOLORES (DEE) BARRETT | : | |
| | : | |
| V. | : | CIVIL ACTION - LAW |
| | : | |
| THE GREATER HATBORO CHAMBER OF COMMERCE, INC.; JOHN J.(BUD) AIKEN, AND MICKEY GLANTZ | : : : | NO. 02 -cv-4421 <br><br> JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

ANITA F. ALBERTS ESQUIRE hereby certifies that a true and correct copy of Addendum to Plaintiff's Pretrial Memorandum was served to counsel for defendants at the address below by Fax and First Class Mail, on the date written below.

        Sidney L. Gold Esquire
        Sidney L. Gold Associates
        Eleven Penn Center
        1835 Market St. Suite 515
        Philadelphia PA 19103


_____(date)

                                              _____
                                              Anita F. Alberts Esquire